# United States Court of Appeals for the Third Circuit

## Corporate Disclosure Statement and Statement of Financial Interest

No. <u>23-8045</u>

LTL Management LLC and the Ad Hoc Committee of
Supporting Counsel

v.

The Official Committee of Talc Claimants, et al.

### Instructions

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure any nongovernmental corporate party to a proceeding before this Court must file a statement identifying all of its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.

Third Circuit LAR 26.1(b) requires that every party to an appeal must identify on the Corporate Disclosure Statement required by Rule 26.1, Federal Rules of Appellate Procedure, every publicly owned corporation not a party to the appeal, if any, that has a financial interest in the outcome of the litigation and the nature of that interest. This information need be provided only if a party has something to report under that section of the LAR.

In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate shall provide a list identifying: 1) the debtor if not named in the caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is an active participant in the bankruptcy proceedings. If the debtor or the bankruptcy estate is not a party to the proceedings before this Court, the appellant must file this list. LAR 26.1(c).

The purpose of collecting the information in the Corporate Disclosure and Financial Interest Statements is to provide the judges with information about any conflicts of interest which would prevent them from hearing the case.

The completed Corporate Disclosure Statement and Statement of Financial Interest Form must, if required, must be filed upon the filing of a motion, response, petition or answer in this Court, or upon the filing of the party's principal brief, whichever occurs first. A copy of the statement must also be included in the party's principal brief before the table of contents regardless of whether the statement has previously been filed. Rule 26.1(b) and (c), Federal Rules of Appellate Procedure.

If additional space is needed, please attach a new page.

(Page 1 of 2)

Pursuant to Rule 26.1 and Third Circuit LAR 26.1, the Ad Hoc Committee of Supporting Counsel makes the following disclosure:

(Name of Party)

1) For non-governmental corporate parties please list all parent corporations: The Ad Hoc Committee of Supporting Counsel ("AHC") is not a non-governmental corporation. Rather, the AHC is comprised of seventeen law firms representing more than approximately 57,000 individual claimants in the underlying chapter 11 case of LTL Management LLC. The entities comprising the AHC are listed on EXHIBIT A attached hereto.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock:
None.

3) If there is a publicly held corporation which is not a party to the proceeding before this Court but which has as a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

As it relates to the Ad Hoc Committee of Supporting Counsel's involvement, no publicly held corporation has a financial interest in the outcome of this proceeding.

4) In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate must list: 1) the debtor, if not identified in the case caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is active participant in the bankruptcy proceeding. If the debtor or trustee is not participating in the appeal, this information must be provided by appellant.

/s/ Kristopher M. Hansen                         Dated: 10/20/2023

(Signature of Counsel or Party)

rev: 09/2014                    (Page 2 of 2)

## **EXHIBIT A**

The Ad Hoc Committee of Supporting Counsel consists of the following entities:

|     | **MEMBER OF AD HOC GROUP OF SUPPORTING COUNSEL** |
| --- | --- |
| 1.  | Andres Pereira Law Firm |
| 2.  | Andrews & Thornton |
| 3.  | De la Rosa Law Firm |
| 4.  | Ferrer Poirot & Wansbrough |
| 5.  | Heninger Garrison Davis, LLC |
| 6.  | Johnson Law Group |
| 7.  | Linville Law Group |
| 8.  | McDonald Worley PC |
| 9.  | Nachawati Law Firm |
| 10. | OnderLaw, LLC |
| 11. | Paul LLP |
| 12. | Pulaski Kherkher, PLLC |
| 13. | Rueb Stoller Daniel |
| 14. | Singleton Schreiber |
| 15. | Slater Slater Schulman LLP |
| 16. | Trammell PC |
| 17. | Watts Guerra LLP |

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, a true and correct copy of the foregoing Corporate Disclosure Statement and Statement of Financial Interest, with all exhibits thereto, was served via ECF upon the following:

| Party | Via |
|---|---|
| United States Bankruptcy Court for the District of New Jersey<br><br>(served via overnight express mail) | The Honorable Michael B. Kaplan<br>United States Bankruptcy Court for the District of New Jersey<br>Courtroom # 8<br>402 East State Street<br>Trenton, NJ 08608 |
| The Unites States Trustee for Regions 3 & 9 | United States Department of Justice<br>Office of the United States Trustee<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Jeffrey.M.Sponder@usdoj.gov<br>Lauren.Bielskie@usdoj.gov<br><br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>Linda Richenderfer, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>linda.richenderfer@usdoj.gov |

| | |
|---|---|
| The Official Committee of Talc Claimants | c/o counsel:<br><br>GENOVA BURNS, LLC<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br><br>MASSEY & GAIL LLP<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>Bret R. Vallacher, Esq.<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Seven Times Square<br>New York, NY 10036<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br><br>and<br><br>Sunny P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>One Financial Center<br>Boston, MA 02111<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com |

| Party | Via |
|---|---|
|  | OTTERBOURG P.C.<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>230 Park Avenue<br>New York, NY 10169<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com |
| Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | c/o counsel:<br><br>LEVY KONIGSBERG, LLP<br>Moshe Maimon, Esq.<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>mmaimon@levylaw.com<br><br>and<br><br>THE RUCKDESCHEL LAW FIRM, LLC<br>Jonathan Ruckdeschel<br>8357 Main Street<br>Ellicott City, MD 21043<br>ruck@rucklawfirm.com |
| Mesothelioma Claimant Giovanni Sosa | c/o counsel:<br><br>COONEY & CONWAY<br>Kathy Byrne, Esq.<br>120 N. LaSalle Street, Suite 3000<br>Chicago, IL 60602<br>kbyrne@cooneyconway.com |

| Party | Via |
|---|---|
| States of New Mexico and Mississippi | c/o counsel:<br><br>GIBBONS P.C.<br>Robert K. Malone, Esq.<br>David N. Crapo, Esq.<br>Kyle P. McEvilly, Esq.<br>One Gateway Center<br>Newark, NJ 07102<br>rmalone@gibbonslaw.com<br>dcrapo@gibbonslaw.com<br>kmcevilly@gibbonslaw.com |
| Mesothelioma Claimants<br>Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin | c/o counsel:<br><br>MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>Clayton L. Thompson, Esq.<br>150 W. 30th Street, Suite 201<br>New York, NY 10001<br>cthompson@mrhfmlaw.com |
| Mesothelioma Claimant Evan Plotkin | c/o counsel:<br><br>DEAN OMAR BRANHAM SHIRLEY, LLP<br>J. Bradley Smith, Esq.<br>302 N. Market Road, Suite 300<br>Dallas, Texas 75202<br>Bsmith@dobslegal.com |

| Party | Via |
|---|---|
| Arnold & Itkin LLP, on Behalf of Certain Personal Injury Claimants represented by Arnold & Itkin LLP | c/o counsel:<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones, Esq.<br>Colin R. Robinson, Esq.<br>Peter J. Keane, Esq.<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>ljones@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com |
| Claimants Represented by Barnes Law Group, LLC | c/o counsel:<br><br>McMANIMON, SCOTLAND & BAUMANN, LLC<br>Anthony Sodono, III, Esq.<br>Sari B. Placona, Esq.<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>asodono@msbnj.com<br>splacona@msbnj.com |

| Party | Via |
|---|---|
| Ad Hoc Committee of States Holding Consumer Protection Claims | c/o counsel:<br><br>WOMBLE BOND DICKINSON (US) LLP<br>Ericka F. Johnson, Esq.<br>Lisa Bittle Tancredi, Esq.<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>ericka.johnson@wbd-us.com<br>lisa.tancredi@wbd-us.com |

DATED: October 20, 2023         By: /s/ *Kristopher M. Hansen*
                                        Kristopher M. Hansen